# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: KENNETH WILLIAM STALNAKER     CASE NO.: 05-54974-NPO
TONYA DENISE STALNAKER

CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Derek A. Henderson, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:                    Cecile & Randolph Rousseau

LAST KNOW ADDRESS:    c/o Michael Helm, Esq.
                                  Helm Law Firm
                                  832 E. Boston Street, Unit 4
                                  Covington, LA 70433
                                  mhelm@helmlawfirm.com

AMOUNT:                $1,066.82

REASON:                *See attached letter - lawsuit pending in Louisiana. Attorney does not want the acceptance of these funds to jeopardize the lawsuit.*

Respectfully submitted this the 10th day of June, 2010.

                                              /s/ Derek A. Henderson
                                              DEREK A. HENDERSON, TRUSTEE

## CERTIFICATE OF SERVICE

I, Derek A. Henderson, do hereby certify that the following have been served electronically via ECF wtih a copy of the foregoing document:

R. Michael Bolen, United States Trustee: USTPRegion05JA.ECF@usdoj.gov
Frank H. Coxwell, III frankc@coswelllaw.com

I further certify that I have mailed a true and correct copy of this document to:

Cecile & Rudolph Rousseau
c/o Michael Helm, Esq.
Helm Law Firm
832 E. Boston Street, Unit 4
Covington, LA 70433
mhelm@helmlawfirm.com

# DEREK A. HENDERSON
Attorney at Law
111 East Capitol Street - Suite 455
Jackson, Mississippi 39201

Phone (601) 948-3167

FAX (601) 948-0109

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

2010 JUN -8 AM 11:12

DANNY L. MILLER
CLERK
BY_____ DEPUTY

June 7, 2010

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS  39501

RE:    KENNETH WILLIAM STALNAKER
TONYA DENISE STALNAKER
CASE NO. 05-54974-NPO

Dear Clerk,

Enclosed please find check number 1011 drawn on the estate account of the above referenced debtors in the amount of $1,066.82 to be deposited into the Registry of the Court. This check was originally written to Cecile & Rudolph Rousseau on May 19, 2010 and mailed to the Helm Law Firm in Covington, LA. Michael Helm is attorney for the Rousseaus in a lawsuit against the Stalnakers that is pending in Louisiana.

Mr. Helm returned the check with a letter stating that he does not want the acceptance of this money to in any way jeopardize his case in Louisiana. After this matter is settled, he will petition the Bankruptcy Court to get this money returned to the Rousseaus.

I appreciate your assistance in this matter. If you have any questions, please call me.

Sincerely,

Derek A. Henderson

Enclosures

# HELM LAW FIRM, L.L.C.

832 E. Boston Street, Unit 4
Covington, LA 70433
Tel: (985) 867-8667
Fax: (985) 867-8217
Toll Free: 1-866-886-4356
Firm Email: mhelm@helmlawfirm.com

Michael G. Helm
Admitted in Louisiana and Texas

Tina G. Schultz
Notary Public

Mailing Address:
P.O. Box 4207
Covington, LA 70434

May 24, 2010

Derek A. Henderson, Attorney/Trustee
United States Bankruptcy Court
Southern District of Mississippi
111 East Capitol Street, Suite 455
Jackson, MS 39201
**ATTN: DENISE**

    RE:    In Re: Kenneth W. Stalnaker and Tonya D. Stalnaker (Debors)
                Bankruptcy Proceeding No. : 05-54974-ERG
                **Adversary Case:**
                Cecile Rousseau wife of/and Rudolph Rousseau, Jr.
                vs. Kenneth Stalnaker
                File Ref.: 04.1003-103

Dear Mr. Henderson:

    I am returning to you herewith check number 1005, made payable to Cecile & Rudolph Rousseau and Helm Law Firm, in the amount of $1,066.82. As previously indicated, in an effort to avoid even the appearance of accepting any money on behalf of my clients in exchange for release of any claims against Kenneth Stalnaker, I respectfully request that the enclosed funds be deposited directly into the registry of the bankruptcy court. Later, when I hopefully present a Louisiana judgment to the Bankruptcy Judge in the pending Mississippi Adversarial action, I will address the referenced funds at that juncture.

    Your assistance is greatly appreciated.

Mr. Derek A. Henderson
May 24, 2010
Page -2-

With kind regards, I remain,

Very truly yours,

*[signature]*

MICHAEL G. HELM

MGH/tgs

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**UNION BANK OF CALIFORNIA**
1980 Saturn Street // Monterey Park CA 91755

16-49/1220
**CHECK NUMBER**
**1011**

DEREK A. HENDERSON, TRUSTEE
111 EAST CAPITOL ST.
SUITE 455
JACKSON, MS 39201

Claim of Cecile & Rudolph Rousseau was paid on 05/19/10. Check was returned Mike Helm, creditors attorney. They have a matter pending in a N

**DATE:** 6/7/2010

**AMOUNT:** $*******1,066.82

**CASE NUMBER:** 05-54974

**DEBTOR**
Debtor: KENNETH WILLIAM STALNAKER
Joint Debtor: TONYA DENISE STALNAKER

*One Thousand Sixty Six Dollars And 82/100*

**PAY TO THE ORDER OF**
U.S. BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE

**THIS CHECK VOID AFTER 90 DAYS**

⑈001011⑈ ⑆122000496⑆ 2130318129⑈

---

| Date: 6/7/2010 | Check Number: 1011 | Amount: $1,066.82 |
|---|---|---|

Case Number 05-54974
Debtor Name: KENNETH WILLIAM STALNAKER

| Paid To: | U.S. BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: | DEREK A. HENDERSON, TRUSTEE<br>111 EAST CAPITOL ST.<br>SUITE 455<br>JACKSON, MS 39201 |
|---|---|---|---|

Description: Claim of Cecile & Rudolph Rousseau was paid on 05/19/10. Check was returned Mike Helm, creditors attorney. They have a matter pending in a New Orleans court and are concerned that accepting this check might affect the outcome of the lawsuit.

Bank Account Number: 2130318129